**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| GREAT CLIPS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>R.S.T. GOOD, INC., an Illinois corporation, NEIL GOOD, and INA GOOD,<br><br>Defendants. | **Court File No. 00-1107 DSD/JMM**<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND** |

---

**COME NOW** the parties who hereby stipulate and agree as follows:

1. On May 1, 2000, the Plaintiff filed a Complaint with this Court alleging breach of three separate franchise agreements by the corporate Defendant, as well as breaches of guaranty by the individual Defendants in the above-captioned action;

2. Under the Federal Rules of Civil Procedure, the Defendants have 20 days in which to answer the Complaint;

3. However, due to the Defendants' necessity of obtaining local counsel, the Defendants have asked the Plaintiff for a 20 day extension of time in which to respond to the Complaint.

**THEREFORE,** the parties hereby agree and stipulate that the Defendants' initial response to the Complaint shall be filed on or before June 12, 2000.

FILED 5-23-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

DATED: 5/22, 2000

BRIGGS AND MORGAN

By ____________
Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

ATTORNEYS FOR PLAINTIFF

DATED: 5/22, 2000

By ____________
Neil Good, *pro se*

DATED: 5/22, 2000

By ____________
Ina Good, *pro se*

SO ORDERED:

DATED: May 22 2000

____________
Judge of the District Court